TAMPA FL 335

16 APR 2026 PM 3 L



US POSTAGE ™ PITNEY BOWES

ZIP 33612 $ 000.74⁰
02 4W
0000384140 APR. 16. 2026

Screened by USMS

United States District Court
801 North Florida Avenue
Tampa, FL 33602

Attention: Judge James D Whittemore

33602-384999

