UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                             CASE NO. 8:10-cr-297-JDW-TGW

MELVIN CANADY

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorney Jennifer L. Peresie.

                              Respectfully submitted,

                              GREGORY W. KEHOE
                              United States Attorney

By:   /s/ Jay G. Trezevant
        Jay G. Trezevant
        Assistant United States Attorney
        Florida Bar No. 0802093
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail: jay.trezevant@usdoj.gov

**U.S. v. MELVIN CANADY**              **Case No. 8:10-cr-297-JDW-TGW**

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record.

I hereby further certify that on May 5, 2026, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

Melvin Canady
4435 Perch Street
Tampa, FL 33617

> /s/ Jay G. Trezevant
> Jay G. Trezevant
> Assistant United States Attorney

2