UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                 CASE NO. 8:10-cr-297-JDW-TGW

MELVIN CANADY

### RESPONSE TO MOTION FOR EARLY TERMINATION

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby responds to the defendant's *Motion for Early Termination of Supervised Release*. Doc. 267.

1.      Defendant Canady was charged in Count Three of an indictment returned in July 2010, for distribution of a mixture or substance containing cocaine base, commonly referred to as "crack cocaine," in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C). Doc. 1. He was convicted on February 16, 2011, following a jury trial. Doc. 116.

2.      In August 2011, Canady was sentenced to a term of 216 months' imprisonment, to be followed by a six-year term of supervised release. Doc. 160.

3.      Canady was released from the U.S. Bureau of Prisons on December 5, 2022, after which he began his term of supervised release.

4.      As of this date, Canady has completed approximately three years and five months of his six-year term of supervision. He is 53 years old.

5.     The assigned United States Probation Officer has advised the undersigned Assistant U.S. Attorney that, since Canady's release from prison, he has maintained a stable residence and completed all court-ordered standard and special conditions of his release. Further, said Probation Officer has noted that Canady has made substantial progress during the term of his supervised release and has made the necessary changes in his life to become a productive member of society without the need for continued supervision.

6.     The United States therefore does not object to Canady's *Motion for Early Termination of Supervised Release*.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Jay G. Trezevant
       Jay G. Trezevant
       Assistant United States Attorney
       Florida Bar No. 0802093
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:   (813) 274-6000
       Facsimile:    (813) 274-6358
       E-mail: jay.trezevant@usdoj.gov

2

**U.S. v. MELVIN CANADY**              **Case No. 8:10-cr-297-JDW-TGW**

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record.

I hereby further certify that on May 13, 2026, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

Melvin Canady
4435 Perch Street
Tampa, FL 33617

/s/ Jay G. Trezevant
Jay G. Trezevant
Assistant United States Attorney